IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-02103-ZLW-CBS

AVANTGARDE SURGICAL, INC., a Colorado corporation, and
ADVANCED SURGICAL SUPPORT, INC., a Colorado corporation,

    Plaintiffs,

v.

ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC., a Colorado
corporation d/b/a Anthem Blue Cross and Blue Shield, and
HMO COLORADO, INC., a Colorado corporation,

    Defendants.

---

## ORDER

---

After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

DATED at Denver, Colorado, this  1st   day of October, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court