IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02103-MSK-CBS

ADVANTGARDE SURGICAL, INC.,
a Colorado corporation, and
ADVANCED SURGICAL SUPPORT, INC.,
a Colorado corporation,

    Plaintiffs,

v.

ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC.,
a Colorado corporation,
d/b/a Anthem Blue Cross and Blue Shield, and
HMO COLORADO, INC.,
a Colorado corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Stipulated Motion for Protective Order (*doc. no. 11*) is **GRANTED** and is accepted by the court.

    In addition to Fed.R.Civ.P. 26(c)(2), and D.C.Colo.L.Civ.R. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (Fed.R.Civ.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.Colo.L.Civ.R.) regarding the execution of this protective order.

**DATED:**    November 5, 2008