# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: September 17, 2010 |
| Court Reporter: Paul Zuckerman | |

Civil Action No. 08-cv-02103-MSK-CBS

| *Parties*: | *Counsel Appearing:* |
|---|---|
| ADVANTGARDE SURGICAL, INC., a Colorado corporation, and<br>ADVANCED SURGICAL SUPPORT, INC., a Colorado corporation, | Timothy Schutz<br>Lisha Sorensen |
| Plaintiff, | |
| v. | |
| ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC., a Colorado corporation, d/b/a Anthem Blue Cross and Blue Shield, and<br>HMO COLORADO, INC., a Colorado corporation, | Dean McConnell |
| Defendant. | |

## COURTROOM MINUTES

HEARING: Motion

**3:29 p.m.     Court in session.**

The Court addresses the Motion to Remand (**Doc. #36**)

The Court confirms with plaintiff's counsel that they are not asserting a claim as an assignee or beneficiary or participant under any of these plans that may be EIRSA subject plans.

Plaintiff's counsel Schultz concurs with the Court's statement.

Oral findings are made of record and incorporated herein.

**ORDER:**   The Motion to Remand (**Doc. #36**) is **GRANTED**.  Based upon the representations made by the plaintiffs in this case, they may not make any claim under ERISA or as a third-party beneficiary to rights asserted by insureds under ERISA plans in the state court action.  They are estopped from asserting such claims.  **The Clerk will remand the case.**

Argument by counsel Schutz for attorneys fees.

**ORDER:**   Plaintiff's request for attorney's fees is **DENIED.**

**4:00 p.m.**   **Court in recess.**

**Total Time:   31 minutes.**
**Hearing concluded.**